IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Colon McKeller,

    Plaintiff,

v.                                                                        1:25-cv-00103-SMD-LF

Gem State Distributors, Inc.,

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT

The parties have reached a negotiated resolution in this matter.

IT IS THEREFORE ORDERED that closing documents must be filed no later than **Friday, December 19, 2025**, absent a written motion showing good cause for an extension.

_____
Laura Fashing
United States Magistrate Judge